UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRO CORPORATION, an Ohio Corporation,<br><br>           Plaintiff,<br><br>  vs.<br><br>PMC, INC. a Delaware Corporation; and PHILIP E. KAMINS, an individual,<br><br>           Defendants. | Case No.: 2:16-cv-03104- FMO (AGR)<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE FRCP 41(a)(1(A)(ii)**<br><br>Complaint Filed: May 6, 2016 |

///
///
///
///
///
///

---- 1 ----

[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ferro Corporation ("Ferro") and Defendants PMC, Inc. ("PMC") and Philip E. Kamins ("KAMINS") stipulate to voluntary dismissal of all claims in the above-captioned action, in their entirety, with prejudice. The Parties further stipulate that each Party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

Dated: December ~~16~~ 19, 2016        _____/s/_____
                                                          HON. FERNANDO M. OLGUIN
                                                          UNITED STATES DISTRICT JUDGE

**[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**